

# NUMBER 13-13-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE ESTATE OF KIMBERLY KRISTEN WADDELL, DECEASED

**On appeal from the County Court at Law No. 3
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Memorandum Opinion Per Curiam**

Appellant, Ian Anderson and Eric Anderson, filed an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2008-CPC-00093-C. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby

DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
11th day of July, 2013.